# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| vs. | § Criminal No. 7:06-CR-228-01 RAJ |
| FREDERICK CHARLES ROSE | § |

### ORDER REVOKING SUPERVISED RELEASE and RESENTENCING OF DEFENDANT

On this the 4th day of December, 2014, came on to be heard the Government's Motion for Revocation of Supervised Release granted by virtue of Judgment entered on July 12, 2007, in the above numbered and styled cause.

Defendant appeared in person and was represented by attorney of record, Luis A. Chavez. The United States was represented by Assistant United States Attorney, John Klassen.

After reviewing the motion and the records in this case as well as hearing testimony and arguments of counsel, the Court is of the opinion that said Defendant has violated the provisions of his supervised release and that the ends of justice and the best interests of the public and of the Defendant will not be subserved by continuing said Defendant upon supervised release. Further, the Court is of the opinion that the Motion for Revocation of Supervised Release should be, and it is hereby **GRANTED.**

**IT IS THEREFORE ORDERED** that the term of supervised release of Defendant named above granted by Judgment entered on July 12, 2007, be, and it is hereby **REVOKED and SET ASIDE** and the Defendant is resentenced as follows:

> **The Defendant, FREDERICK CHARLES ROSE, is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of Twenty-four (24) months, with this sentence to run consecutively with the sentence imposed in CR-43,916 in the 441st Judicial District of Midland, Texas. The Court recommends that the defendant be incarcerated at F. C. I. Butner, NC, and that he participate in a job training program, a drug abuse treatment program, the sex offender/mental health treatment program, and an education program, while incarcerated.**
>
> **No further Supervised Release shall be imposed.**

The Clerk will provide the United States Marshal Service with a copy of this Order and the Judgment entered on July 12, 2007 to serve as the commitment of the Defendant.

SIGNED this 5 day of December, 2014.

Robert Junell
United States District Judge